No. 1383. United States *v.* B & H Dist. Corp. et al. Appeal from D. C. W. D. Wis. Judgment vacated and case remanded for reconsideration in light of this Court's decisions in *United States* v. *Reidel,* 402 U. S. 351, and *United States* v. *Thirty-seven (37) Photographs,* 402 U. S. 363.

No. 1387. Van Hoomissen et al. *v.* Hayse et al. Appeal from D. C. Ore. Judgment vacated and case remanded for reconsideration in light of this Court's decisions in *Younger* v. *Harris,* 401 U. S. 37; and *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell,* 401 U. S. 66. Mr. Justice Douglas is of the opinion that the judgment should be affirmed.

No. 6364. Gonzales et al. *v.* Shea, Director, Colorado Department of Social Services, et al. Appeal from D. C. Colo. Motion of appellants for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of this Court's decision in *Graham* v. *Richardson,* and *Sailer* v. *Leger, ante,* p. 365.

No 761. Mize et al. *v.* Alhambra City School District of Los Angeles County et al. Sup. Ct. Cal. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *Gordon* v. *Lance, ante,* p. 1.

No. 1305. Baines *v.* City of Birmingham. Ct. Crim. App. Ala. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *Cohen* v. *California, ante,* p. 15.